[No. 47418-2-II.   Division Two.   July 12, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DIKITA ADE TYRELL, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 14-1-01778-6, Erik D. Price, J., entered March 31, 2015. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Maxa, A.C.J., and Sutton, J.

[No. 47487-5-II.   Division Two.   July 12, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLENE JEANETTE ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 15-1-00056-9, Christopher Melly, J., entered April 21, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Johanson, J., concurred in by Bjorgen, C.J., and Maxa, J.

[Nos. 47536-7-II; 47403-4-II.   Division Two.   July 12, 2016.]

*In the Matter of the Estate of* ROBERT RIDLEY.

KIMLY PROM, *Appellant*, v. PHILIP CARVER, *as Personal Representative*, ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Clark County, No. 13-4-00969-3, Barbara D. Johnson, J. Pro Tem, entered April 17, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson and Sutton, JJ.